IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GABRIEL JOHN PIPPIN,** | CIV S-08-1540 KJM P |
| Petitioner, | **ORDER** |
| **v.** | |
| **T. FELKER, Warden,** | |
| Respondent. | |

  GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before April 22, 2009 (docket no. 13).

DATED: April 2, 2009.

_____
U.S. MAGISTRATE JUDGE